SHERIFF, CLARK COUNTY, NEVADA, APPELLANT, *v.*
BETTY BYRON, RESPONDENT.

No. 9947

November 16, 1977                    571 P.2d 104

Robert List, Attorney General, Carson City; *George E. Holt,* District Attorney, and *H. Douglas Clark,* Deputy District Attorney, Clark County, for Appellant.

*Morgan D. Harris,* Public Defender, and *Robert D. Amundson,* Deputy Public Defender, Clark County, for Respondent.

## OPINION

*Per Curiam:*

On the authority of, and for the same reasons stated in, Sheriff v. Byron, 93 Nev. 546, 571 P.2d 103 (1977), the order of the trial court which granted respondent's petition for a writ of habeas corpus is reversed.